UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 11-3813 and 11-3814
_____

INTERFAITH COMMUNITY ORGANIZATION;
LAWRENCE BAKER; MARTHA WEBB HERRING;
MARGARET WEBB; WINSTON CLARKE; MARGARITA NAVAS;
HACKENSACK RIVERKEEPER, INC.; WILLIAM SHEEHAN

v.

HONEYWELL INTERNATIONAL, INC, F/K/A Alliedsignal, Inc;
RONED REALTY OF JERSEY CITY, INC.; RONED REALTY OF UNION CITY,
INC.; W.R. GRACE & CO; ECARG INC; W.R. GRACE LTD;
*KELLOGG STREET 80 PROPERTY; *KELLOGG STREET
440 PROPERTY, LLC.; *KELLOGG STREET 60 PROPERTY, LLC

Honeywell International, Inc., Kellogg Street 80 Property, LLC,
Kellogg Street 440 Property, LLC, Kellogg Street 60 Property, LLC
Appellants in No. 11-3813

*(Pursuant to Fed. R. App. P. 12(a))
_____

JERSEY CITY MUNICIPAL UTILITIES AUTHORITY;
ELIZABETH ROSARIO; RAFAEL ROSARIO;
HACKENSACK RIVERKEEPER, INC.; WILLIAM SHEEHAN;
WINSTON CLARKE; LAWRENCE BAKER;
JERSEY CITY INCINERATOR AUTHORITY

v.

HONEYWELL INTERNATIONAL INC; PAUL TRENK; STEVE GALLO;
BOB CIASULLI; DEGEN OIL AND CHEMICAL CO;
INLAND SOUTHEAST JERSEY CITY, LLC;
KELLOGG STREET 60 PROPERTY, LLC;
KELLOGG STREET 80 PROPERTY, LLC;
KELLOGG STREET 440 PROPERTY, LLC;
100 KELLOGG STREET, LLC; NEW JERSEY CITY UNIVERSITY;
JERRAMIAH T. HEALY;

OREN DABNEY, In his official capacity as Director of Jersey City Incinerator Authority; JOHN YURCHAK, In his official capacity as Director of Jersey City Department of Public Works; DANIEL BECHT, Executive Director of Jersey City Municipal Utilities Authority; BAYONNE MUNICIPAL UTILITIES AUTHORITY; CARLOS M. HERNANDEZ, In his official capacity as President of New Jersey City University

Honeywell International, Inc., Kellogg Street 80 Property, LLC, Kellogg Street/440 Property, LLC, Kellogg Street 60 Property, LLC,

Appellants in 11-3814

Before:   McKEE, *Chief Judge*, SLOVITER and VANASKIE, *Circuit Judges*

## **ORDER**

The petition for rehearing filed by Appellants having been submitted to the judges who participated in the decision of this court, and the judges who participated in the decision of this court having voted to grant the petition, it is hereby ORDERED that the petition for panel rehearing is GRANTED.  The opinion and judgment filed June 4, 2013 is hereby VACATED, and a new opinion and judgment will issue forthwith.

By the Court,

/s/ Thomas I. Vanaskie
Circuit Judge

Dated: July 8, 2013